```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

Jennifer R. Lemay,

      Plaintiff,

     v.                           Case No. 2:13-cv-265

Carolyn W. Colvin,
Acting Commissioner of
Social Security,

      Defendant.

<u>ORDER</u>

This matter is before the court for consideration of the December 16, 2013, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b).  The magistrate judge recommended that the decision of the Commissioner be reversed and that the action be remanded to the Commissioner for further consideration of the medical opinions.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report "will result in a waiver of the right to <u>de novo</u> review by the District Judge and waiver of the right to appeal the decision of the District Court[.]"  Doc. 17, p. 16.

The court has reviewed the report and recommendation of the magistrate judge.  Noting that no objections have been filed and that the time for filing such objections has expired, the court adopts the report and recommendation (Doc. 17).  The decision of the Commissioner of Social Security denying plaintiff's applications for a period of disability, disability insurance benefits, and supplemental security income is reversed pursuant to Sentence 4 of 42 U.S.C. §405(g).  This action is hereby remanded to

the Commissioner for further proceedings consistent with the Report and Recommendation. The clerk is directed to enter a final judgment in this case.

Date: January 10, 2014            s/James L. Graham
                                  James L. Graham
                                  United States District Judge